UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| WILLIAM H EMCH, ET AL., <br><br> Plaintiffs, <br><br> vs. <br><br> ENCORE ACQUISITIONS, LLC, ET AL., <br><br> Defendants. | 2:19-CV-13142-TGB <br><br> ORDER DISMISSING CASE <br><br> HONORABLE TERRENCE G. BERG |

Pursuant to the Notice of Voluntary Dismissal by Plaintiffs, this case is DISMISSED with prejudice as to Defendants Justin Ford and David Locklear.  The case is dismissed without prejudice as to all other parties.

DATED this 22nd day of October, 2021.

BY THE COURT:


/s/Terrence G. Berg
TERRENCE G. BERG
United States District Judge